IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER PHARMA AG, BAYER INTELLECTUAL PROPERTY GMBH, and BAYER HEALTHCARE PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., et al. <br><br> Defendants. | C.A. No. 12-cv-517 (GMS) <br> CONSOLIDATED |

## JUDGMENT

This action came before the Court for a bench trial on April 6, 2015. The issues have been tried and the court issued rulings on April 27, 2016 (D.I. 172, 173), and May 2, 2016 (D.I. 175, 176). Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs BAYER PHARMA AG, BAYER INTELLECTUAL PROPERTY GMBH, and BAYER HEALTHCARE PHARMACEUTICALS, INC., and against defendants WATSON LABORATORIES INC., ACTAVIS INC., and ACTAVIS PHARMA INC., finding that the asserted claims of the patents-in-suit are not invalid due to obviousness.

Dated: May ___, 2016

_____
United States District Judge

_____
(By) Deputy Clerk